UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED VAN LINES, LLC,

    Plaintiff,

v.                                           CASE NO: 8:04-cv-1009-T-23MSS

RICHARD FIELDS et al.,

    Defendants.
_____/

**ORDER**

The parties stipulate (Doc. 27) to dismissal with prejudice. Rule 41(a), Federal Rules of Civil Procedure. The stipulation (Doc. 27) is **APPROVED** and the action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own fees and costs.

ORDERED in Tampa, Florida, on May 19, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    Courtroom Deputy